# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WINFRED WILKERSON, )
)
        Plaintiff, )
)
        v. )  Civil Case No. 9-2142 (RJL)
)
)
WACKENHUT PROTECTIVE )
SERVICES, INC., )
)
        Defendant. )

## ORDER
(September 22 2011) [#14]

For the reasons set forth above, it is this ___ day of September, 2011 hereby

ORDERED that Defendant Wackenhut Protective Services, Inc.'s[1] Motion For Summary

Judgment [Dkt. #14] is GRANTED, and it is further

        ORDERED that the above-captioned case be dismissed with prejudice.

        SO ORDERED.

                                            RICHARD J. LEON
                                          United States District Judge

---

[1]    Although Wackenhut Protective Services, Inc., is named in this suit, plaintiff acknowledges that Wackenhut Services, Inc. ("WSI") employed him. *See* Def.'s Mot. for Summ. J. at 3, n.6.

1